# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOHN J. JACKSON and
LOYALTY J, INC.,
      Plaintiffs,

v.                                            Case No. 13-C-1051

SOUTHWEST AIRLINES and
AMERICAN AIRLINES,
      Defendants.

## DECISION AND ORDER

John J. Jackson, proceeding pro se, has filed a complaint against Southwest Airlines and American Airlines. He claims to own copyrights to "Wi Fi," "ink," "paint," and "water" and alleges that the defendants are infringing these copyrights. The complaint is obviously frivolous and will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Jackson's motion to proceed in forma pauperis will be deined.

I also note that Jackson names his "company," Loyalty J, Inc., as a plaintiff. The "Inc." in the name suggests that the company is a corporation. If it is a corporation, Jackson, who does not appear to be a lawyer, could not prosecute a lawsuit on its behalf. See Civil L.R. 83(e) (E.D. Wis. 2010). Jackson asks that I appoint a lawyer to represent the corporation, but because I am dismissing this action as frivolous, his request will be denied.

Accordingly, **IT IS ORDERED** that the complaint and this action are **DISMISSED**, that Jackson's motion to proceed in forma pauperis is **DENIED**, and that Jackson's request for counsel is **DENIED**. The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin, this 25th day of September, 2013.

                                                      s/ Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge